Michael Kind, Esq.
NV Bar No. 13903
**KAZEROUNI LAW GROUP, APC**
7854 W. Sahara Avenue
Las Vegas, NV 89117
Phone: (800) 400-6808 x7
FAX: (800) 520-5523
mkind@kazlg.com

David H. Krieger, Esq.
NV Bar No. 9086
**HAINES & KRIEGER, LLC**
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
dkrieger@hainesandkrieger.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Poley H. Greenwood,<br><br>    Plaintiff,<br>v.<br><br>Select Portfolio Servicing, Inc., Equifax Information Services, LLC and Experian Information Solutions, Inc.,<br><br>    Defendants. | Case No.: 2:16-cv-01084-RFB-CWH<br><br>**STIPULATION OF DISMISSAL OF DEFENDANT SELECT PORTFOLIO SERVICING, INC.** |

1  Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff
2  Poley H. Greenwood ("Plaintiff") and Select Portfolio Servicing, Inc.
3  ("Defendant") stipulate to dismiss with prejudice Plaintiff's claims against
4  Defendant only, in this matter.  Each party will bear its own costs, disbursements,
5  and attorney fees.

   DATED this 13th day of October 2016.

   **KAZEROUNI LAW GROUP, APC**

   By: /s/ Michael Kind
   Michael Kind, Esq.
   7854 W. Sahara Avenue
   Las Vegas, NV 89117
   *Attorneys for Plaintiff*

   **WRIGHT FINLAY & ZAK LLP**

   By: /s/  Sean Payne
   Sean Payne, Esq.
   7785 W. Sahara Ave., Suite 200
   Las Vegas, NV 89117
   *Attorneys for Bank of America, N.A.*

   IT IS SO ORDERED:
   _____
   RICHARD F. BOULWARE, II
   United States District Judge

   DATED: November 29, 2016

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY pursuant to Rule 5 of the Federal Rules of Civil Procedure that on October 13, 2016, the foregoing STIPULATION OF DISMISSAL OF DEFENDANT SELECT PORTFOLIO SERVICING, INC. was served via CM/ECF to all parties appearing in this case.

**KAZEROUNI LAW GROUP, APC**

By: /s/ Michael Kind
Michael Kind
7854 W. Sahara Avenue
Las Vegas, NV 89117