1  WRIGHT, FINLAY & ZAK, LLP
   Edgar C. Smith, Esq.
2  Nevada Bar No. 5506
   7785 W. Sahara Ave., Suite 200
3  Las Vegas, NV 89117
   esmith@wrightlegal.net
4   (702) 475-7964; Fax: (702) 946-1345
5  *Attorney for Defendant, Select Portfolio Servicing, Inc.*

6                    **UNITED STATES DISTRICT COURT**
                      **DISTRICT OF NEVADA**
7

8  POLEY H. GREENWOOD,                        Case No.:   2:16-cv-01084-RFB-CWH

9            Plaintiff,

10      vs.                                    **NOTICE OF DISASSOCIATION AND**
                                               **WITHDRAWAL OF COUNSEL**
11
   SELECT PORTFOLIO SERVICING, INC.;
12 EQUIFAX INFORMATION SERVICES, LLC;
   EXPERIAN INFORMATION SOLUTIONS,
13 INC.,
            Defendants.
14

15

16      Defendant, Select Portfolio Servicing, Inc. ( "Defendant"), by and through their attorneys

17 of record of the law firm of Wright, Finlay & Zak, LLP, hereby give notice that Sean N. Payne,

18 Esq. is no longer an attorney associated with Wright, Finlay & Zak, LLP.  Wright, Finlay & Zak,

19 LLP, will continue to represent Defendants and request that Edgar C. Smith, Esq. receive all

20 future notices.

21      DATED this __10th__ day of February, 2017.
                                               WRIGHT, FINLAY & ZAK, LLP
22

23
                                               /s/Edgar C. Smith, Esq.
24 IT IS SO ORDERED.                           Edgar C. Smith, Esq.
                                               Nevada Bar No. 5506
25 DATED:  February 14, 2017                    7785 W. Sahara Ave., Suite 200
                                               Las Vegas, NV 89117
26                                              esmith@wrightlegal.net
                                               (702) 475-7964; Fax: (702) 946-1345
27 C.W. HOFFMAN, JR.                            *Attorney for Defendant, Select Portfolio Servicing,*
   UNITED STATES MAGISTRATE JUDGE              *Inc.*
28


                                        Page 1 of 2

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I am an employee of WRIGHT, FINLAY & ZAK, LLP and that service of the foregoing **NOTICE OF DISASSOCIATION AND WITHDRAW OF COUNSEL** was made on the __10th__ day of February, 2017 to all parties identified on the electronic notification system CM/ECF.

David H. Krieger
Haines & Krieger, LLC
8985 S. Eastern Avenue
Suite 350
Henderson, NV 89123
*Attorney for Plaintiff, Poley H. Greenwood*

Michael Kind
Kazerouni Law Group, APC
7854 W. Sahara Avenue
Las Vegas, NV 89117
*Attorney for Plaintiff, Poley H. Greenwood*

Jennifer L Braster
Maupin Naylor Braster
1050 Indigo Drive, Suite 200
Las Vegas, NV 89145
*Attorney for Defendant, Experian Information Solutions, Inc.*

Sean N. Payne
PAYNE LAW FIRM LLC
9550 S. Eastern Ave. Suite 253-A213
Las Vegas, NV 89123
702-952-2733
Fax: 702-462-7227
Email: seanpayne@spaynelaw.com

__/s/Sara Aslinger_____
An Employee of WRIGHT, FINLAY & ZAK, LLP