Jennifer L. Braster
Nevada Bar No. 9982
MAUPIN • NAYLOR • BRASTER
1050 Indigo Drive, Suite 200
Las Vegas, NV 89145
(T) (702) 420-7000
(F) (702) 420-7001
jbraster@naylorandbrasterlaw.com

Attorneys for Defendant
Experian Information Solutions, Inc.

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| POLEY H. GREENWOOD, | Case No. 2:16-cv-01084-RFB-CWH |
| Plaintiff, | **STIPULATION OF DISMISSAL OF DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.** |
| v. | |
| SELECT PORTFOLIO SERVICING, INC., EQUIFAX INFORMATION SERVICES, LLC AND EXPERIAN INFORMATION SOLUTIONS, INC., | |
| Defendants. | |

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff Poley H. Greenwood ("Plaintiff") and Experian Information Solutions, Inc. ("Defendant") stipulate to dismiss with prejudice Plaintiff's claims against Defendant only, in this matter. Each party will bear its own costs, disbursements, and attorney fees.

**IT IS SO STIPULATED.**

Dated: March 1, 2017                     MAUPIN • NAYLOR • BRASTER

By: */s/ Jennifer L. Braster*
Jennifer L. Braster
Nevada Bar No. 9982
1050 Indigo Drive, Suite 200
Las Vegas, NV 89145

*Attorneys for Defendant Experian Information Solutions, Inc.*

Dated: March 1, 2017                     KAZEROUNI LAW GROUP, APC

By: */s/ Michael Kind*
Michael Kind, Esq.
NV Bar No. 13903
7854 W. Sahara Avenue
Las Vegas, NV 89117

David H. Krieger
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, Suite 350
Henderson, NV 89123

*Attorneys for Plaintiff*

**ORDER**

**IT IS SO ORDERED.**

Dated: <u>March 2</u>, <u>2017</u>.

RICHARD F. BOULWARE, II
United States District Judge